UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff

v.

D-1 NOFAL CHOLAG, R.Ph.,
D-2 HASSAN KHREIZAT, R.Ph.,

    Defendants.

Case No. 20-cr-20145

Hon. Bernard A. Friedman

---

**GOVERNMENT'S MOTION AND ORDER TO UNSEAL INDICTMENT, SUMMONSES, AND ARREST WARRANTS**

---

The United States of America hereby moves for an order unsealing the Indictment, Summonses, and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal Indictments, implicitly authorizes this Court to unseal Indictments.

3. The government requests that the Indictment, Summonses, and Arrest Warrants be unsealed because the defendants are entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment, Summonses, and Arrest Warrants.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/Claire Sobczak*
Claire Sobczak
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
211 West Fort Street, Suite 2001
Detroit, MI 48226
Claire.Sobczak@usdoj.gov
Cell: (202) 591-5418
Office: (313) 226-9631

Dated:  June 9, 2020

IT IS SO ORDERED.

s/R. Steven Whalen
R. Steven Whalen
United States Magistrate Judge

Entered:  June 10, 2020